IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                     CRIMINAL ACTION NO. 2:24CR4

NITESH RATNAKAR,

       Defendant.

## ORDER RESTRAINING DEFENDANT, NITESH RATNAKAR, ALONG WITH ANY AGENTS, REPRESENTATIVES, OR CO-OWNERS, FROM DISSIPATING OR ENCUMBERING ASSETS

On February 21, 2024, a grand jury indicted Defendant, Nitesh Ratnakar, for Willful Failure to Pay Over Tax, Filing False Income Tax Returns, and Obstruction of Justice – Corrupt Influence. On November 19, 2024, following a jury trial, a jury found Ratnakar guilty of forty-one counts of the forty-two alleged in the indictment. In order to preserve assets that are potentially available to satisfy any criminal monetary penalty, including restitution, the United States of America, through counsel, moved this Court to restrain Defendant, along with any agents, representatives, or co-owners, from encumbering or dissipating assets.

Upon thorough consideration and for good cause shown, said motion is hereby **GRANTED**. It is accordingly

**ORDERED** that Defendant, Nitesh Ratnakar, along with any agents, representatives, or co-owners, are hereby restrained from encumbering, liquidating, selling, trading, transferring, or otherwise disposing of any assets except those which are necessary to pay for normal, customary, and reasonable living expenses, including attorneys' fees and litigation costs, unless Defendant, Nitesh Ratnakar, obtains permission from the

United States of America, through the United States Attorney's Office for the Northern District of West Virginia, or this Court orders otherwise.

Nothing stated in this Order shall be construed to prohibit business expenditures and transactions in the ordinary-course-of-business arising from bona fide contractual obligations with third parties. It is further

**ORDERED** that the United States of America shall serve a copy of this order on any institution, entity, or individual that the government has reason to believe may be in control or possession of any property in which Defendant, Nitesh Ratnakar may have any financial interest. It is further

**ORDERED** that the Clerk of this Court is directed to provide this order to all counsel of record in this matter, as applicable.

DATED:  November 20, 2025

_____
Chief Judge Thomas S. Kleeh