## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

vs.                                          DOCKET NO.: 2:24-CR-4

NITESH RATNAKAR,

        Defendant.

_____/

### DEFENDANT'S REPLY TO THE UNITED STATES' RESPONSE
### IN OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE

Defendant, Nitesh Ratnakar, through his undersigned counsel, hereby files his reply to the response of the United States [Doc. 161] in opposition to the Defendant's motion [Doc. 161] to adjourn the sentencing hearing presently scheduled to take place on January 28, 2026, and as grounds therefore states:

On January 16, 2026, Defendant filed his motion to adjourn the sentencing hearing in this case for a modest amount of time to prepare with Defendant's tax expert. The request was to have additional time to prepare the expert for his testimony on the subject of tax loss. The reason for a modest amount of additional time is the result of a serious medical condition effecting the witness's eyesight and the ability to prepare for extended periods of time.

The United States opposes any extension of time. In its response, the government states that the Court granted a continuance of the sentencing hearing from February 24,

2025 to March 24, 2025, to provide the Defendant sufficient time to file replies to the government's responses in opposition to his post-trial motions. [Doc. 129] These motions were pending and needed to be resolved before any sentencing could take place. The sentencing hearing was continued from March 24, 2025 to April 15, 2025. [Doc. 131] on similar grounds. Because April 15, 2025, was the due date for the filing of federal tax returns Mr. Kaufman was unavailable. The Court continued the sentencing hearing to May 25, 2025. [Doc. 137] The post-trial motions remained pending. On May 22, 2025, the Court continued the sentencing hearing generally.  On November 18, 2025, Defendant's post-trial motions were denied [Doc. 153] and on November 20, 2025, the Court scheduled the instant sentencing hearing to take place on January 28, 2026. [Doc. 155]

The government appears to argue that the defense should have prepared its expert in March 2025. However, at that time the Court's rulings on defendant's post-trial motions were still pending. As stated above, the post-trial motions were not resolved until November 18, 2025. It is unreasonable to suggest that the defendant should have prepared with the expert and kept him prepared to testify in this cause for nearly a year.

The government has not stated how it would be prejudiced by the granting of this motion. Further, the granting of the Defendant's motion may provide the parties additional time to reduce the issues presently contested. The government states in its response the following: "As an initial matter, the United States does not object to the defendant relying on Mr. Kaufman's written report, submitted to the Court on January 14, 2026, Doc. 158, in lieu of live testimony thereby obviating any need for Mr. Kaufman to prepare to testify."

[Doc. 160] The granting of the instant request for a modest adjournment would provide the defense sufficient time to discuss the substance of this statement by the government.

The interests of justice would be best served by the granting of Defendant's motion to adjourn the sentencing hearing presently scheduled to take place on January 28, 2026, for a reasonably modest period of time.

WHEREFORE, Defendant Ratnakar respectfully requests that his motion to adjourn his presently scheduled sentencing hearing be granted.

Dated: January 19, 2026.                    Respectfully submitted,

_s/s David M. Garvin_
David M. Garvin
Pro Hac Vice Counsel for Defendant
David M. Garvin, P.A.
2333 Ponce De Leon Blvd., Suite 314
Coral Gables, Florida 33134
Tel: 305-371-8101
Fax: 305-371-8848
Email: dgarvin@garvin.law
Email: ontrial2@gmail.com

_/s/ Harry A. Smith III_
Harry A. Smith III
Counsel for Nitesh Ratnakar
Jory & Smith LC
10 South Randolph Avenue
Elkins, West Virginia 26241
Tel: 304-636-3553
Email: hasmith@jorysmith.com

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on January 19, 2026, I electronically filed the foregoing reply to the United States' opposition to Defendant's motion for adjournment with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

_/s/ Harry A. Smith, III_
Harry A. Smith, III