```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

   v.                                           **CRIMINAL NO. 2:24-CR-4**
                                                                                      **(KLEEH)**

**NITESH RATNAKAR,**

       **Defendant.**

**ORDER DENYING MOTION TO CONTINUE
SENTENCING HEARING [ECF NO. 160]**

The Court scheduled Defendant's sentencing hearing for January 28, 2026, on November 20, 2025. ECF No. 155. Pending before the Court is *Defendant's Motion to Adjourn Sentencing Hearing* [ECF No. 160], in which Defendant requests a brief continuation to allow their expert additional time to prepare for sentencing. The Government opposes any further continuation of Ratnakar's sentencing. ECF No. 161. The Government does not object to the introduction of Mr. Kaufman's written report, in lieu of live testimony. Id.

For reasons appearing to the Court, Defendant has not shown good cause to justify the further continuance of Defendant's sentencing and the Motion [ECF No. 160] is **DENIED**. Defendant may rely on Mr. Kaufman's written report and may additionally move for Mr. Kaufman's virtual appearance if necessary. Further, Defendant's pending motions for bond [ECF Nos. 138, 156] and motion

for stay of disability [ECF No. 139] will be addressed at Defendant's sentencing hearing.

The Court **ORDERS** that prior to sentencing, counsel for Defendant review with him the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56. The Office of Probation and the United States are **DIRECTED** to sit at separate tables throughout the sentencing hearing.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and the United States Marshals Service.

**DATED**: January 20, 2026

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA