```
                IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                       **Crim. Action No. 2:24-CR-4**
                                                       **(Kleeh)**

**NITESH RATNAKAR,**

      **Defendant.**

### ORDER DENYING MOTION TO CONTINUE [ECF NO. 166]

Pending before the Court is the *Defendant Nitesh Ratnakar's Motion to Continue Sentencing Hearing Due to Winter Storm Ferm and Related Weather Advisory* [ECF No. 166]. Defendant requests the sentencing hearing be continued due to anticipated weather conditions and travel concerns. Id. The Government opposes Defendant's Motion as premature. ECF No. 167. At this time, the Court finds that good cause does not exist to move the sentencing hearing and the Motion [ECF No. 166] is **DENIED WITHOUT PREJUDICE.** The parties may file a renewed motion to continue if the actual weather conditions on January 27th or 28th render travel impracticable.

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record and all appropriate agencies.

**DATED:** January 23, 2026

*/s/ Thomas S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA