IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  v.                                                 **Crim. Action No. 2:24-CR-4**
                                                        **(Kleeh)**

**NITESH RATNAKAR,**

    **Defendant.**

## ORDER DENYING MOTION AS MOOT [ECF NO. 147]

Pending before the Court is *Defendant's Unopposed Motion for Time to Respond to Government's Motion to Restrain Defendant from Dissipating or Encumbering Assets* [ECF No. 147]. Defendant filed his response to the Government's Motion [ECF No. 145] the following day on September 23, 2025. ECF No. 148. Considering all the briefing, the Court entered its *Order Restraining Defendant, Nitesh Ratnakar, Along with Any Agents, Representatives, or Co-Owners, From Dissipating or Encumbering Assets* [ECF No. 154] on November 20, 2025. Accordingly, Defendant's Motion to extend his response deadline [ECF No. 147] is **DENIED AS MOOT.**

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record and all appropriate agencies.

**DATED:** January 26, 2026

*/s/ Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA